IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE R. K., <br><br> Plaintiff, <br><br> v. <br><br> MARTIN J. O'MALLEY, Commissioner of Social Security, <br><br> Defendant. | NO. SACV 23-2241-MEMF (AGR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED as follows:

(1) The Commissioner's denial of benefits for the period beginning May 9, 2022, is AFFIRMED;

(2) The Commissioner's denial of benefits for the period August 19, 2019 through May 8, 2022 is REVERSED and REMANDED for consideration of a closed period of benefits for part or all of that time frame; and

1

1      (3) Judgment be entered for Plaintiff consistent with these
2 recommendations.

4 DATED: March 27, 2025

5                                  MAAME EWUSI-MENSAH FRIMPONG
6                                  UNITED STATES DISTRICT JUDGE