JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE R. K., | NO. SACV 23-2241-MEMF (AGR) |
| Plaintiff, | |
| v. | JUDGMENT |
| MARTIN J. O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff. The decision of the Commissioner is affirmed in part and reversed in part, and this action is remanded to the Commissioner for further proceedings consistent with the Order Accepting Findings and Recommendation of United States Magistrate Judge.

DATED: March 27, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE

1