UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE RENAE KLEIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>　　　　Defendant | CASE NO.  8:23-cv-2241 MEMF-DFM<br><br>ORDER FOR AWARD<br>OF EQUAL ACCESS TO JUSTICE<br>ACT ATTORNEY FEES<br>PURSUANT TO 28 U.S.C. §2412(d) |

　　　Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter, it is hereby

　　　**ORDERED** that Plaintiff is awarded attorney fees in the total amount of **$9,911** as authorized by 28 U.S.C. § 2412.

Dated: July 8, 2025

_____
HONORABLE MAAME EWUSI MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE